**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George Staretz | CHAPTER 13 |
| Dolores Staretz | |
| Debtor(s) | BKY. NO. 22-10313 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 and index same on the master mailing list.

                        Respectfully submitted,

              /s/ **Rebecca Solarz**
              Rebecca Solarz
              16 Feb 2022, 13:57:28, EST

              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322