## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George Staretz, | Bankruptcy No. 22-10313-pmm |
|      Dolores Staretz, | |
|           Debtors | Chapter 13 |

### ORDER

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until March 7, 2022 to file the missing documents.

Dated: 2/25/22

BY THE COURT:

_Patricia M. Mayer_
Patricia M. Mayer
United States Bankruptcy Judge