| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10313-PMM**

George Staretz
Dolores Staretz
125 Morningside Dr.
Mount Bethel  PA     18343

Petition Filed Date: 02/10/2022
341 Hearing Date: 04/05/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2022 | $400.00 | 27714723693 | 05/11/2022 | $400.00 | 27478992960 | 05/24/2022 | $400.00 | 27714729453 |
| 06/21/2022 | $400.00 | 27478993397 | 07/12/2022 | $400.00 | 27714728777 | | | |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Unsecured Creditors | $702.27 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,358.36 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $370.88 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Unsecured Creditors | $9,956.67 | $0.00 | $0.00 |
| 5 | SANTANDER CONSUMER USA<br>»» 005 | Secured Creditors | $40.00 | $0.00 | $0.00 |
| 6 | AMERICAN HONDA FINANCE CORP<br>»» 006 | Unsecured Creditors | $13,854.24 | $0.00 | $0.00 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $2,185.87 | $0.00 | $0.00 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 008 | Unsecured Creditors | $28.52 | $0.00 | $0.00 |
| 9 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 009 | Unsecured Creditors | $123.81 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $0.00 | $3,550.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Mortgage Arrears | $55,363.16 | $0.00 | $0.00 |
| 11 | PENNSYLVANIA HM ASSOCIATES PC<br>»» 011 | Unsecured Creditors | $110.91 | $0.00 | $0.00 |
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 012 | Unsecured Creditors | $109.34 | $0.00 | $0.00 |
| 13 | SYNOVUS BANK<br>»» 013 | Unsecured Creditors | $247.77 | $0.00 | $0.00 |
| 14 | MRV BANKS<br>»» 014 | Unsecured Creditors | $253.39 | $0.00 | $0.00 |
| 15 | BANK OF MISSOURI<br>»» 015 | Unsecured Creditors | $267.59 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10313-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | BANK OF MISSOURI »» 016 | Unsecured Creditors | $389.40 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $448.98 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $590.99 | $0.00 | $0.00 |
| 19 | AMERICAN INFOSOURCE AS AGENT FOR »» 019 | Unsecured Creditors | $323.69 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $249.23 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 021 | Unsecured Creditors | $209.17 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,125.83 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $733.43 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC »» 024 | Unsecured Creditors | $406.89 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $377.23 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,039.97 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $160.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $1,840.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.