United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10313-pmm
George Staretz  Chapter 13
Dolores Staretz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 4
Date Rcvd: Sep 22, 2022  Form ID: 155  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Staretz, Dolores Staretz, 125 Morningside Dr., Mount Bethel, PA 18343-5351 |
| 14668215 | | 1st Digital/synovus/vt, Transaction Services, Sioux Falls, SD 57118 |
| 14668225 | + | Bk Of Mo/fa, Po Box 89028, Sioux Falls, SD 57109-9028 |
| 14669837 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14676939 | + | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14668246 | + | Mrv Bk/revvi, Po Box 85800, Sioux Falls, SD 57118-5800 |
| 14676825 | | PENNYSYLVANIA HM ASSOCIATES PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14676918 | + | Synovus Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14670011 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 22 2022 23:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14669336 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2022 23:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14669584 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2022 23:41:00 | Americredit Financial Services, Inc., d/b/a GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
| 14673238 | | Email/Text: bankruptcytn@wakeassoc.com | Sep 22 2022 23:40:00 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 14668224 | | Email/Text: bnc-applied@quantum3group.com | Sep 22 2022 23:41:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14668216 | ^ | MEBN | Sep 22 2022 23:39:21 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668222 | + | Email/Text: backoffice@affirm.com | Sep 22 2022 23:41:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14669765 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14669916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2022 23:52:36 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14668223 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 22 2022 23:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14668229 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 23:41:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14668228 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 23:41:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14668227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2022 23:41:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14668230 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 23:52:37 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14674907 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 22 2022 23:41:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14676826 | ^ | MEBN | Sep 22 2022 23:39:17 | EMERGENCY PHYSICIAN ASSOCIATION OF PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14668234 | | Email/Text: jill@ffcc.com | Sep 22 2022 23:40:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14668235 | | Email/Text: BNSFN@capitalsvcs.com | Sep 22 2022 23:41:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14668240 | | Email/Text: BNSFS@capitalsvcs.com | Sep 22 2022 23:41:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14668241 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 22 2022 23:41:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14668233 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 22 2022 23:41:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14668236 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2022 23:52:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14668237 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2022 23:52:36 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14668242 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 22 2022 23:40:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 14668243 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2022 23:41:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14668244 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2022 23:41:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14669323 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 23:52:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14670480 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 22 2022 23:52:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14668245 | | Email/Text: ml-ebn@missionlane.com | Sep 22 2022 23:40:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14668247 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 23:52:23 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14677991 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2022 23:52:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14677998 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 23:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14669230 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14684249 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Genesis FS |

Case 22-10313-pmm   Doc 42   Filed 09/24/22   Entered 09/25/22 00:29:10   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14669658 | + | Email/Text: enotifications@santanderconsumerusa.com Sep 22 2022 23:41:00 | | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14668249 | + | Email/Text: enotifications@santanderconsumerusa.com Sep 22 2022 23:41:00 | | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14668250 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 22 2022 23:41:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14668251 | + | Email/Text: clientservices@sourcerm.com Sep 22 2022 23:41:00 | | Source Receivables Mgmt, Llc, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 14668252 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Sep 22 2022 23:40:00 | | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14668253 | + | Email/Text: documentfiling@lciinc.com Sep 22 2022 23:40:00 | | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14676940 | + | Email/Text: bknotices@totalcardinc.com Sep 22 2022 23:41:00 | | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14683275 | + | Email/PDF: ebn_ais@aisinfo.com Sep 22 2022 23:52:23 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14668226 | | Bk Of Mo/tv |
| 14668238 | | First Premier Bank |
| 14668221 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668217 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668218 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668219 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668220 | *+ | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14668231 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14668232 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14668239 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14668248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 24, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 155 | Total Noticed: 50 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor George Staretz tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Dolores Staretz tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: George Staretz and Dolores Staretz
      Debtor(s)                                              Chapter: 13

                                                                      Bankruptcy No: 22−10313−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 22nd day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Patricia M. Mayer
                                                                        Judge ,
                                                                        United States Bankruptcy Court