UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  GEORGE STARETZ : Chapter 13
      DOLORES STARETZ :
            Debtors : Bankruptcy No.  22-10313-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 2-1 of LVNV Funding, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 2-1 of LVNV Funding, LLC. is disallowed.

**BY THE COURT:**

Dated: **December 1, 2022**

*Patricia M. Mayer*
**Patricia M. Mayer, Bankruptcy Judge**