UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: GEORGE STARETZ          : Chapter 13
      DOLORES STARETZ       :
              Debtors            : Bankruptcy No. 22-10313-PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 17-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 17-1 of Portfolio Recovery Associates, LLC. is disallowed.

BY THE COURT:

Dated: **December 1, 2022**

*Patricia M. Mayer*

**Patricia M. Mayer, Bankruptcy Judge**