United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 22-10313-pmm

George Staretz                                                                        Chapter 13

Dolores Staretz

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + George Staretz, Dolores Staretz, 125 Morningside Dr., Mount Bethel, PA 18343-5351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14668247 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2022 00:33:07 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14677991 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2022 00:33:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14668248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 3

| Name | Email Address |
| --- | --- |

**BRENNA HOPE MENDELSOHN**
on behalf of Joint Debtor Dolores Staretz tobykmendelsohn@comcast.net

**BRENNA HOPE MENDELSOHN**
on behalf of Debtor George Staretz tobykmendelsohn@comcast.net

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com

**SCOTT F. WATERMAN (Chapter 13)**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  GEORGE STARETZ            : Chapter 13
         DOLORES STARETZ          :
                    Debtors        : Bankruptcy No.  22-10313-PMM

**ORDER**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim

Number 17-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that

the Objection is sustained.

The Proof of Claim No. 17-1 of Portfolio Recovery Associates, LLC. is disallowed.

**BY THE COURT:**

Dated: **December 1, 2022**
        _____

_____

**Patricia M. Mayer, Bankruptcy Judge**