IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: GEORGE STARETZ )<br>    DOLORES STARETZ ) <br>        **Debtor(s)** ) <br> ) <br> SANTANDER CONSUMER USA INC. ) <br>    **Moving Party** ) <br> ) <br>    v.            ) <br> ) <br> GEORGE STARETZ ) <br> DOLORES STARETZ ) <br>    **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br>    **Trustee** | CHAPTER 13 <br><br> CASE NO. 22-10313-PMM <br><br> 11 U.S.C. 362 <br><br> HEARING DATE: **3-7-23 at 10:00 AM** |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2020 Hyundai Accent** bearing vehicle identification number 3KPC24A66LE109558 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **March 6, 2023**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE