| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-10313-PMM**

George Staretz
Dolores Staretz
125 Morningside Dr.
Mount Bethel  PA    18343

Petition Filed Date: 02/10/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 09/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $400.00 | 25611308684 | 10/12/2022 | $400.00 | 28138880384 | 11/09/2022 | $400.00 | 28138883275 |
| 12/28/2022 | $400.00 | 28138884603 | 03/07/2023 | $400.00 | 28484244066 | 04/04/2023 | $400.00 | 27478995434 |
| 04/25/2023 | $1,000.00 | 27478995704 | 04/25/2023 | $200.00 | 27478995715 | 06/09/2023 | $400.00 | 28484247881 |
| 06/21/2023 | $400.00 | 28484249490 | | | | | | |

**Total Receipts for the Period: $4,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC as agent for<br>»»  001 | Unsecured Creditors | $702.27 | $47.45 | $654.82 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $370.88 | $17.03 | $353.85 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»»  004 | Unsecured Creditors | $9,956.67 | $672.70 | $9,283.97 |
| 5 | SANTANDER CONSUMER USA<br>»»  005 | Secured Creditors | $40.00 | $40.00 | $0.00 |
| 6 | AMERICAN HONDA FINANCE CORP<br>»»  006 | Unsecured Creditors | $13,854.24 | $936.03 | $12,918.21 |
| 7 | MERRICK BANK<br>»»  007 | Unsecured Creditors | $2,185.87 | $147.69 | $2,038.18 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»»  008 | Unsecured Creditors | $28.52 | $0.00 | $28.52 |
| 9 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»»  009 | Unsecured Creditors | $123.81 | $0.00 | $123.81 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PENNSYLVANIA HM ASSOCIATES PC<br>»»  011 | Unsecured Creditors | $110.91 | $0.00 | $110.91 |
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»»  012 | Unsecured Creditors | $109.34 | $0.00 | $109.34 |
| 13 | SYNOVUS BANK<br>»»  013 | Unsecured Creditors | $247.77 | $16.74 | $231.03 |
| 14 | MRV BANKS<br>»»  014 | Unsecured Creditors | $253.39 | $17.12 | $236.27 |

**Chapter 13 Case No. 22-10313-PMM**

| | | | | | |
|---|---|---|---|---|---:|
| 15 | BANK OF MISSOURI<br>»» 015 | Unsecured Creditors | $267.59 | $15.18 | $252.41 |
| 16 | BANK OF MISSOURI<br>»» 016 | Unsecured Creditors | $389.40 | $17.88 | $371.52 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $590.99 | $27.14 | $563.85 |
| 19 | AMERICAN INFOSOURCE LP<br>»» 019 | Unsecured Creditors | $323.69 | $18.37 | $305.32 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $249.23 | $16.86 | $232.37 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $209.17 | $0.00 | $209.17 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,125.83 | $76.08 | $1,049.75 |
| 23 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $733.43 | $49.55 | $683.88 |
| 24 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $406.89 | $18.69 | $388.20 |
| 25 | LVNV FUNDING LLC<br>»» 025 | Unsecured Creditors | $377.23 | $17.33 | $359.90 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $1,039.97 | $70.27 | $969.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,800.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $5,772.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $572.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $455.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.