| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10313-PMM

George Staretz
Dolores Staretz
125 Morningside Dr.
Mount Bethel  PA    18343

Petition Filed Date: 02/10/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 09/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $400.00 | 28629436781 | 09/19/2023 | $400.00 | 27478996650 | 09/25/2023 | $400.00 | 28998606690 |
| 10/24/2023 | $400.00 | 28970174 | 11/28/2023 | $400.00 | 28998616634 | 01/26/2024 | $400.00 | 28649772235 |
| 02/29/2024 | $400.00 | 27478997706 | 03/07/2024 | $400.00 | 27478997796 | 04/12/2024 | $400.00 | 28649775126 |
| 05/13/2024 | $400.00 | 28649777523 | 06/12/2024 | $400.00 | 28649776318 | 07/16/2024 | $400.00 | 28649776746 |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | QUANTUM3 GROUP LLC as agent for »» 001 | Unsecured Creditors | $702.27 | $137.82 | $564.45 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $370.88 | $64.86 | $306.02 |
| 4 | AMERICREDIT FINANCIAL SERVICES »» 004 | Unsecured Creditors | $9,956.67 | $2,060.74 | $7,895.93 |
| 5 | SANTANDER CONSUMER USA INC »» 005 | Secured Creditors | $40.00 | $40.00 | $0.00 |
| 6 | AMERICAN HONDA FINANCE CORP »» 006 | Unsecured Creditors | $13,854.24 | $2,867.43 | $10,986.81 |
| 7 | MERRICK BANK »» 007 | Unsecured Creditors | $2,185.87 | $452.41 | $1,733.46 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC »» 008 | Unsecured Creditors | $28.52 | $0.00 | $28.52 |
| 9 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC »» 009 | Unsecured Creditors | $123.81 | $15.03 | $108.78 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PENNSYLVANIA HM ASSOCIATES PC »» 011 | Unsecured Creditors | $110.91 | $17.04 | $93.87 |
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC »» 012 | Unsecured Creditors | $109.34 | $16.77 | $92.57 |
| 13 | SYNOVUS BANK »» 013 | Unsecured Creditors | $247.77 | $48.63 | $199.14 |
| 14 | MRV BANKS »» 014 | Unsecured Creditors | $253.39 | $49.73 | $203.66 |

Chapter 13 Case No. 22-10313-PMM

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 15 | BANK OF MISSOURI »» 015 | Unsecured Creditors | $267.59 | $49.63 | $217.96 |
| 16 | BANK OF MISSOURI »» 016 | Unsecured Creditors | $389.40 | $68.10 | $321.30 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $590.99 | $109.65 | $481.34 |
| 19 | AMERICAN INFOSOURCE LP »» 019 | Unsecured Creditors | $323.69 | $53.13 | $270.56 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $249.23 | $48.98 | $200.25 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 021 | Unsecured Creditors | $209.17 | $32.10 | $177.07 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,125.83 | $220.98 | $904.85 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $733.43 | $143.95 | $589.48 |
| 24 | LVNV FUNDING LLC »» 024 | Unsecured Creditors | $406.89 | $71.14 | $335.75 |
| 25 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $377.23 | $65.97 | $311.26 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,039.97 | $204.11 | $835.86 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $10,388.20 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,044.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $167.80 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.