*Form 167* (1/25)–doc 75 – 74

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    George Staretz | ) | Case No. 22−10313−pmm |
| | ) | |
| | ) | |
|    Dolores Staretz | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006−HE7, Mortgage Pass−Through Certificates, Series 2006 HE7 Filed by Dolores Staretz, George Staretz

on: 7/3/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: June 4, 2025

For The Court

Timothy B. McGrath
Clerk of Court