UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  George Staretz,                          :     Chapter 13
       Dolores Staretz,                         :
            Debtors                       :     Bankruptcy No. 22-10313-pmm

## **ORDER**

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,500.00 as legal fees from 5/30/2025-7/14/2-2025.

BY THE COURT

8/6/25

_Patricia M. Mayer_ (signature)

Patricia M. Mayer
U.S. Bankruptcy Judge