## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: George Staretz, | : | Chapter 13 |
| Dolores Staretz, | : | |
| Debtors | : | Bankruptcy No. 22-10313-pmm |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 79, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 78) is approved.

BY THE COURT:

8/21/25

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge