United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-10313-pmm |
|---|---|
| George Staretz | Chapter 13 |
| Dolores Staretz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Staretz, Dolores Staretz, 125 Morningside Dr., Mount Bethel, PA 18343-5351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

**Name**     **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor George Staretz tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Dolores Staretz tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 jkatz@raslg.com

MATTHEW K. FISSEL
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  George Staretz,                : Chapter 13
        Dolores Staretz,               :
                Debtors                : Bankruptcy No. 22-10313-pmm

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 79, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 78) is approved.

BY THE COURT:

8/21/25

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge