Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-10313-PMM**

George Staretz  
Dolores Staretz  
125 Morningside Dr.  
Mount Bethel  PA    18343  

Petition Filed Date: 02/10/2022  
341 Hearing Date: 04/05/2022  
Confirmation Date: 09/22/2022  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2024 | $400.00 | 28998652320 | 11/12/2024 | $400.00 | 28998651341 | 12/17/2024 | $400.00 | 27478999653 |
| 02/06/2025 | $1,000.00 | 29457897254 | 02/06/2025 | $1,000.00 | 29457897243 | 03/10/2025 | $400.00 | 29457897614 |
| 04/11/2025 | $400.00 | 28998658067 | 06/12/2025 | $400.00 | 28998658124 | 07/15/2025 | $400.00 | 28998658912 |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»»  001 | Unsecured Creditors | $702.27 | $214.00 | $488.27 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $370.88 | $104.84 | $266.04 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»»  004 | Unsecured Creditors | $9,956.67 | $3,145.83 | $6,810.84 |
| 5 | SANTANDER CONSUMER USA INC<br>»»  005 | Secured Creditors | $40.00 | $40.00 | $0.00 |
| 6 | AMERICAN HONDA FINANCE CORP<br>»»  006 | Unsecured Creditors | $13,854.24 | $4,377.28 | $9,476.96 |
| 7 | MERRICK BANK<br>»»  007 | Unsecured Creditors | $2,185.87 | $690.63 | $1,495.24 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»»  008 | Unsecured Creditors | $28.52 | $0.00 | $28.52 |
| 9 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»»  009 | Unsecured Creditors | $123.81 | $34.98 | $88.83 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PENNSYLVANIA HM ASSOCIATES PC<br>»»  011 | Unsecured Creditors | $110.91 | $32.58 | $78.33 |
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»»  012 | Unsecured Creditors | $109.34 | $32.07 | $77.27 |
| 13 | SYNOVUS BANK<br>»»  013 | Unsecured Creditors | $247.77 | $70.04 | $177.73 |
| 14 | MRV BANKS<br>»»  014 | Unsecured Creditors | $253.39 | $71.62 | $181.77 |

**Chapter 13 Case No. 22-10313-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | THE BANK OF MISSOURI »» 015 | Unsecured Creditors | $267.59 | $75.60 | $191.99 |
| 16 | THE BANK OF MISSOURI »» 016 | Unsecured Creditors | $389.40 | $110.08 | $279.32 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $590.99 | $186.70 | $404.29 |
| 19 | AMERICAN INFOSOURCE LP »» 019 | Unsecured Creditors | $323.69 | $91.48 | $232.21 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $249.23 | $70.50 | $178.73 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 021 | Unsecured Creditors | $209.17 | $63.74 | $145.43 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,125.83 | $343.08 | $782.75 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $733.43 | $223.49 | $509.94 |
| 24 | LVNV FUNDING LLC »» 024 | Unsecured Creditors | $406.89 | $114.99 | $291.90 |
| 25 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $377.23 | $106.64 | $270.59 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,039.97 | $316.90 | $723.07 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,000.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $14,067.07 | Arrearages: | $800.00 |
| Paid to Trustee: | $1,398.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $534.93 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.