Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

George Staretz
939 Mauch Chunk Rd
Palmerton, PA 18071

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-10313-PMM**

Petition Filed Date: 02/10/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 09/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2025 | $400.00 | 28998659867 | 10/16/2025 | $400.00 | 29786477376 | 11/14/2025 | $400.00 | 38099129016 |
| 12/23/2025 | $400.00 | 55013420272 | 01/13/2026 | $400.00 | 55013422052 | 03/10/2026 | $400.00 | 37995759810 |
| 03/23/2026 | $400.00 | 55133763073 | 05/11/2026 | $400.00 | 55133765884 | 06/09/2026 | $400.00 | 55341258033 |
| 07/14/2026 | $400.00 | 55341258415 | | | | | | |

**Total Receipts for the Period: $4,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $20,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Unsecured Creditors | $702.27 | $267.98 | $434.29 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $370.88 | $141.53 | $229.35 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»» 004 | Unsecured Creditors | $9,956.67 | $3,908.71 | $6,047.96 |
| 5 | SANTANDER CONSUMER USA INC<br>»» 005 | Secured Creditors | $40.00 | $40.00 | $0.00 |
| 6 | AMERICAN HONDA FINANCE CORP<br>»» 006 | Unsecured Creditors | $13,854.24 | $5,438.78 | $8,415.46 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $2,185.87 | $858.12 | $1,327.75 |
| 8 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 008 | Unsecured Creditors | $28.52 | $0.00 | $28.52 |
| 9 | ANESTHESIA SPECIALISTS OF BETHLEHEM, PC<br>»» 009 | Unsecured Creditors | $123.81 | $34.98 | $88.83 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PENNSYLVANIA HM ASSOCIATES PC<br>»» 011 | Unsecured Creditors | $110.91 | $32.58 | $78.33 |

**Chapter 13 Case No. 22-10313-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 012 | Unsecured Creditors | $109.34 | $32.07 | $77.27 |
| 13 | SYNOVUS BANK<br>»» 013 | Unsecured Creditors | $247.77 | $86.39 | $161.38 |
| 14 | MRV BANKS<br>»» 014 | Unsecured Creditors | $253.39 | $88.36 | $165.03 |
| 15 | THE BANK OF MISSOURI<br>»» 015 | Unsecured Creditors | $267.59 | $93.28 | $174.31 |
| 16 | THE BANK OF MISSOURI<br>»» 016 | Unsecured Creditors | $389.40 | $148.59 | $240.81 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $590.99 | $225.49 | $365.50 |
| 19 | AMERICAN INFOSOURCE LP<br>»» 019 | Unsecured Creditors | $323.69 | $127.06 | $196.63 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $249.23 | $86.94 | $162.29 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $209.17 | $79.80 | $129.37 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,125.83 | $429.63 | $696.20 |
| 23 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $733.43 | $279.90 | $453.53 |
| 24 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $406.89 | $155.23 | $251.66 |
| 25 | LVNV FUNDING LLC<br>»» 025 | Unsecured Creditors | $377.23 | $143.97 | $233.26 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $1,039.97 | $396.86 | $643.11 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $18,146.25 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,728.00 | Total Plan Base: | $23,200.00 |
| Funds on Hand: | $525.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.