Fill in this information to identify the case:

Debtor 1 George Staretz

Debtor 2 Dolores Staretz
(Spouse, if filing)

United States Bankruptcy Court for the   Eastern District Of Pennsylvania

Case number 22-10313

---

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7

**Court claim no**. (if known): 10

**Last four digits** of any number you use to identify the debtor's account:   7458

**Date of payment change:** 04/01/2023
Must be at least 21 days after date of this notice

**New total payment:**     $ 1203.78

Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $427.12        **New escrow payment:** **$435.86**

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

---

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

Debtor 1 <u>George Staretz</u>    Case Number (*If known*):22-10313
         First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael P. Farrington                    Date December 23, 2022
    Signature

Print:    <u>Michael P. Farrington</u>                  Title <u>Attorney for Creditor</u>
          First Name   Middle Name   Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
          Number    Street
          <u>Philadelphia,</u>              <u>PA</u>   <u>19106</u>
          City                         State  ZIP Code

Contact phone  (215) 627–1322         Email  <u>mfarrington@kmllawgroup.com</u>