

Sign up for paperless delivery at www.spservicing.com

Paperless

December 9, 2022

EORGE STARETZ
OLORES STARETZ
25 MORNINGSIDE DR
MT BETHEL, PA 18343

**Account Number:**
**Property Address:** 125 MORNINGSIDE DR
MOUNT BETHEL, PA 18343

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 04/01/2023) | Change |
|---|---|---|---|
| **Principal and Interest** | | $767.92 | |
| **Regular Escrow Payment** | $427.12 | $435.86 | $8.74 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |
| **Total Payment** | | $1,203.78 | $8.74 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 04/01/2023) | Change |
|---|---|---|---|
| Tax Disbursements | $3,394.35 | $3,262.29 | $-132.06 |
| Hazard Insurance Disbursements | $1,731.00 | $1,968.00 | $237.00 |
| Total Annual Escrow Disbursements | $5,125.35 | $5,230.29 | $104.94 |
| Monthly Escrow Payment | $427.12 | $435.86 | $8.74 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |

See reverse side



B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Surplus** – The actual beginning balance on your account in Tables 3 and 4 is $874.35. According to the projections shown in Tables 3 and 4, your required beginning balance should be $774.95.

This means you have a surplus of $99.40. If your account meets minimum criteria defined below, we will send a refund check for this surplus under separate cover for the full or partial refund[1].

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $176.40. This amount has been removed from the projected starting balance.

Your total refund is $99.40, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $874.35 - $774.95 = $99.40.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-14,322.95 |
| March 2022 | COUNTY TAX | 427.12 | 0.00 E | 583.98 | 534.49 * | -14,857.44 |
| March 2022 | CITY TAX | 0.00 | 0.00 E | 321.69 | 321.69 | -15,179.13 |
| March 2022 | HAZARD INS | 0.00 | 0.00 E | 144.25 | 144.25 | -15,323.38 |
| April 2022 | HAZARD INS | 427.12 | 0.00 E | 144.25 | 144.25 | -15,467.63 |
| May 2022 | HAZARD INS | 427.12 | 0.00 E | 144.25 | 144.25 | -15,611.88 |
| June 2022 | HAZARD INS | 427.12 | 750.60 E | 144.25 | 144.25 | -15,005.53 |
| July 2022 | HAZARD INS | 427.12 | 750.60 E | 144.25 | 144.25 | -14,399.18 |
| August 2022 | HAZARD INS | 427.12 | 750.60 E | 144.25 | 144.25 | -13,792.83 |
| September 2022 | SCHOOL TAX | 427.12 | 431.59 E | 2,488.68 | 2,406.11 * | -15,767.35 |
| September 2022 | HAZARD INS | 0.00 | 0.00 E | 144.25 | 144.25 | -15,911.60 |
| October 2022 | HAZARD INS | 427.12 | 431.59 E | 144.25 | 144.25 | -15,624.26 |
| November 2022 | HAZARD INS | 427.12 | 0.00 E | 144.25 | 164.00 * | -15,788.26 |
| December 2022 | HAZARD INS | 427.12 | 16,893.43 E | 144.25 | 164.00 * | 941.17 |
| January 2023 | HAZARD INS | 427.12 | 427.12 E | 144.25 | 164.00 E | 1,204.29 |
| February 2023 | HAZARD INS | 427.12 | 427.12 E | 144.25 | 164.00 E | 1,467.41 |
| March 2023 | COUNTY TAX | 0.00 | 427.12 E | 0.00 | 534.49 E | 1,360.04 |
| March 2023 | CITY TAX | 0.00 | 0.00 E | 0.00 | 321.69 E | 1,038.35 |
| March 2023 | HAZARD INS | 0.00 | 0.00 E | 0.00 | 164.00 E | 874.35 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $874.35 | $774.95 |
| April 2023 | HAZARD INS | 435.86 | 164.00 | 1,146.21 | 1,046.81 |
| May 2023 | HAZARD INS | 435.86 | 164.00 | 1,418.07 | 1,318.67 |
| June 2023 | HAZARD INS | 435.86 | 164.00 | 1,689.93 | 1,590.53 |
| July 2023 | HAZARD INS | 435.86 | 164.00 | 1,961.79 | 1,862.39 |
| August 2023 | HAZARD INS | 435.86 | 164.00 | 2,233.65 | 2,134.25 |
| September 2023 | SCHOOL TAX | 435.86 | 2,406.11 | 263.40 | 164.00 |
| September 2023 | HAZARD INS | 0.00 | 164.00 | 99.40 | 0.00** |
| October 2023 | HAZARD INS | 435.86 | 164.00 | 371.26 | 271.86 |
| November 2023 | HAZARD INS | 435.86 | 164.00 | 643.12 | 543.72 |
| December 2023 | HAZARD INS | 435.86 | 164.00 | 914.98 | 815.58 |
| January 2024 | HAZARD INS | 435.86 | 164.00 | 1,186.84 | 1,087.44 |
| February 2024 | HAZARD INS | 435.86 | 164.00 | 1,458.70 | 1,359.30 |
| March 2024 | COUNTY TAX | 435.86 | 534.49 | 1,360.07 | 1,260.67 |
| March 2024 | CITY TAX | 0.00 | 321.69 | 1,038.38 | 938.98 |
| March 2024 | HAZARD INS | 0.00 | 164.00 | 874.38 | 774.98 |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

[1] **Refund Information**

Although our analysis determined an overage in your escrow account, a check may not be issued. This may be due to one or more of the following.

- An overage refund that exceeds your current escrow balance may not be refunded in one check. Funds currently available and held in escrow will be refunded, but any remaining difference between the previous refund and the full refund will be sent once the funds become available in the escrow account. If the additional funds are not available in the escrow account within 30 days of this statement, please contact us to review your account to determine if any additional refund is available to be sent. The refund amount from statement is a projection of the funds that will be in your account in the future, not the amount of the funds that are currently in your account.
- Overages are not refunded when an account is delinquent. Please review your payment history and due date for your account. If it is 90 days or greater past due, an escrow refund will not be sent until the payments have been made. Once your mortgage payments are current, please request a refund of your escrow overage amount. Your refund amount may vary at that time from the amount listed on this statement as additional escrow activity may change the amount eligible for a refund.

See reverse side

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side