# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Dolores Staretz<br>George Staretz<br>**Debtor(s)** | **BK NO. 22-10313 PMM**<br>**Chapter 13** |
| **Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7**<br>**Movant**<br>vs.<br>**Dolores Staretz**<br>**George Staretz**<br>**Debtor(s)**<br>**Scott F. Waterman**,<br>**Trustee** | **Related to Claim No. 10** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 23, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dolores Staretz
125 Morningside Drive
Mount Bethel , PA 18343

George Staretz
125 Morningside Drive
Mount Bethel, PA 18343

Attorney for Debtor(s)
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: December 23, 2022

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com